# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Frank, Eric L. | ED Pa - Bankruptcy Court | 08/09/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>**5b.** ☑ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

U.S. Courthouse
900 Market Street - Room 201
Philadelphia, PA 19107

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Author | Collier on Bankruptcy (bankruptcy treatise) (published by Matthew Bender & Co./Lexis Nexis) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frank, Eric L. | 08/09/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | Compensation as author from Matthew Bender Co./Lexis-Nexis | $300.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | attorney for law firm, Greenblatt, Pierce, Funt & Flores, LLC |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frank, Eric L. | 08/09/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Frank, Eric L.** | 08/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.   AXA Financial, Inc | A | Dividend | J | T | | | | | |
| 2. | | | | | | | | | |
| 3.   WSFS Bank - Acc't #1 (904) | A | Interest | L | T | | | | | |
| 4. | | | | | | | | | |
| 5.   COMMONWEALTH ANNUITY | | | | | | | | | |
| 6.   ----- GA BlackRock Disciplined Core | A | Int./Div. | J | T | | | | | |
| 7.   ----- GA BlackRock Disciplined Value | A | Int./Div. | J | T | | | | | |
| 8.   ----- GS VIT Strategic Growth | A | Int./Div. | J | T | | | | | |
| 9.   ----- Janus Henderson Research Portfolio | A | Int./Div. | J | T | | | | | |
| 10.   ------ GS VIT Core Fixed Income | A | Int./Div. | K | T | | | | | |
| 11.   ------ GS VIT Equity Index | A | Int./Div. | J | T | | | | | |
| 12.   ------ GS VIT International Equity | A | Int./Div. | J | T | | | | | |
| 13.   ------- GS VIT Money Market | A | Interest | J | T | | | | | |
| 14.   ------ T. Row Price International - common stock | A | Dividend | J | T | | | | | |
| 15. | | | | | | | | | |
| 16.   Equity Income Fund Units First S&P 500 Index Ser Tech | A | Dividend | J | T | | | | | |
| 17. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Frank, Eric L.** | 08/09/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Fairview, PA Area - municipal bond | A | Interest | J | T | | | | | |
| 19. | | | | | | | | | |
| 20. Fidelity 403(b) Account | | | | | | | | | |
| 21. ------ Fidelity Equity Income Fund - mutual fund | E | Dividend | M | T | | | | | |
| 22. ------- Fidelity Cash Reserves - moneymarket | A | Interest | K | T | | | | | |
| 23. | | | | | | | | | |
| 24. Merrill Lynch ACCT #1 (6695) | | | | | | | | | |
| 25. ------First Eagle Sog Glob-mut. fund | A | Dividend | J | T | | | | | |
| 26. | | | | | | | | | |
| 27. Merrill Lynch ACCT # 2 (1557 (X) | | | | | | | | | |
| 28. ------ Stiffel Bank & Trust CD | A | Interest | | | Buy | 03/15/19 | J | | |
| 29. ------ Stiffel Bank & Trust CD | A | Interest | | | Redeemed | 07/09/19 | K | A | |
| 30. ------ Bank West CD | A | Interest | K | T | Buy | 07/09/19 | J | | |
| 31. ----- ML Bank Deposit Program | A | Interest | M | T | Buy | 12/19/19 | M | | |
| 32. | | | | | | | | | |
| 33. Zurich Adv. III - 403(b) TSA (fixed) | B | Int./Div. | K | T | | | | | |
| 34. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frank, Eric L. | 08/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Learning Quest 529 - Very Conservative - ACC'T #1 | A | Dividend | L | T | | | | | |
| 36. Learning Quest 529 - Short-Term - ACC'T #2 | A | Dividend | K | T | | | | | |
| 37. | | | | | | | | | |
| 38. OPPENHEIMER ACC'T #1 (238) | | | | | | | | | |
| 39. ----- Advantage Bank deposits (various FDIC insured banks) | B | Interest | M | T | | | | | |
| 40. ------ American International Group - common stock | A | Dividend | J | T | | | | | |
| 41. ------ AT&T, Inc - common stock | A | Dividend | J | T | | | | | |
| 42. ------Boeing Co. - common stock | C | Dividend | N | T | | | | | |
| 43. ------ Cellcyte Genetics | A | Int./Div. | J | T | | | | | |
| 44. ------ Chemours, Inc. | A | Int./Div. | J | T | | | | | |
| 45. ------ Cigna Corp | A | Int./Div. | J | T | | | | | |
| 46. ------ Comcast Corp. - common stock | A | Dividend | K | T | | | | | |
| 47. ------ ConocoPhillips - common stock | A | Dividend | K | T | | | | | |
| 48. ------ Corning - common stock | A | Dividend | K | T | | | | | |
| 49. ----- Corteva, Inc. - common stock | A | Dividend | J | T | Buy | 03/14/19 | J | | |
| 50. ----- Dow, Inc. - common stock | A | Dividend | J | T | Buy | 03/14/19 | J | | |
| 51. ------- DuPont EI de Nemours - common stock | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Frank, Eric L.** | 08/09/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  ----- Duke Energy Corp. - common stock | A | Dividend | J | T | | | | | |
| 53.  ------ Merck & Co. - common stock | A | Dividend | J | T | | | | | |
| 54.  ------ Microsoft - common stock | A | Dividend | K | T | | | | | |
| 55.  ------ Nextera Energy - common stock | A | Dividend | K | T | | | | | |
| 56.  ------ Pfizer, Inc. - common stock | A | Dividend | J | T | | | | | |
| 57.  ----- Phillips 66 - common stock | A | Dividend | K | T | | | | | |
| 58.  ------- Public Storage - common stock | A | Dividend | K | T | | | | | |
| 59.  -------- Black Rock Income Tr - mutual fund | A | Dividend | J | T | | | | | |
| 60.  -------- Black Rock Pa Strat Mun Tr - mutual fund | A | Dividend | J | T | | | | | |
| 61.  ----- Invesco Pa Val Munc Inc Tr - mutual fund | A | Dividend | J | T | | | | | |
| 62.  Nuveen Pa Prem Inc Mun Fd - mutual fund | A | Dividend | K | T | | | | | |
| 63.  ----- Van Eck Fds Intl Inv Gold Fd | A | Dividend | J | T | | | | | |
| 64. | | | | | | | | | |
| 65.  OPPENHEIMER ACC'T #2 (825) | | | | | | | | | |
| 66.  ------ Advantage Primary Liquid Fund (money market) | A | Int./Div. | K | T | | | | | |
| 67.  ------ Eaton Vance Ltd - common stock | A | Dividend | J | T | | | | | |
| 68.  ------ Master Asset Tr - bond | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Frank, Eric L.** | 08/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | | | | | |
| 70.   OPPENHEIMER ACC'T #3 (494) | | | | | | | | | |
| 71.   ----- Advantage Bank Deposit | C | Interest | L | T | | | | | |
| 72.   ----- Blackrock Res & Comm Strat Tr - mut fund | A | Dividend | K | T | | | | | |
| 73.   ----- CBRE Clarion Global R.E. - mutual fund | A | Dividend | J | T | Buy (add'l) | 04/22/19 | J | | |
| 74.   ----- Cohen & Steers Infrastructure - mutual fund | A | Dividend | K | T | | | | | |
| 75.   ------ Eaton Vance Senior Income Trust Fund - mutual fund | A | Dividend | J | T | | | | | |
| 76.   ------ Invesco Sr Income Tr -mutual fund | A | Dividend | L | T | | | | | |
| 77.   ----- First Tr Sr Floating Rate | A | Dividend | K | T | | | | | |
| 78.   ------ Eaton Vance Ltd Dur, Inc. - common stock | B | Dividend | J | T | | | | | |
| 79.   ----- Western Aset Clym Infl Opp In - mutual fund | A | Dividend | K | T | | | | | |
| 80.   ----- General Electric - common stock | A | Dividend | K | T | | | | | |
| 81.   ----- Loral Space & Comm. - common stock | A | Dividend | J | T | | | | | |
| 82.   ----- CenturyLink, Inc. - common stock | A | Dividend | J | T | | | | | |
| 83.   ------ Hershey - common stock | A | Dividend | K | T | | | | | |
| 84.   ------ Pfizer - common stock | A | Dividend | K | T | | | | | |
| 85.   ----- Rite Aid | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Frank, Eric L.** | 08/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. ----- Global Self Storage Group, Inc. | A | Dividend | K | T | Buy (add'l) | 12/18/19 | J | | |
| 87. ----- Mastr Asset 2003-12 6A1 - gov't bond | A | Interest | J | T | | | | | |
| 88. ------ Verizon Communications, Inc. | A | Dividend | J | T | | | | | |
| 89. | | | | | | | | | |
| 90. | | | | | | | | | |
| 91. PAL Capital Income IA | A | Dividend | J | T | | | | | |
| 92. | | | | | | | | | |
| 93. PNC Bank - checking & savings accounts | A | Interest | J | T | | | | | |
| 94. | | | | | | | | | |
| 95. Nexterra Energy, Inc. - common stock | A | Dividend | J | T | | | | | |
| 96. | | | | | | | | | |
| 97. Ameriprise - Account #1 (3133) | | | | | | | | | |
| 98. ----- Ameriprise money market | A | Interest | J | T | | | | | |
| 99. ------ Hancock Whitney Corp | A | Dividend | J | T | | | | | |
| 100. ----- WR Berkely Corp debenture | A | Interest | J | T | Buy | 04/05/19 | J | | |
| 101. ----- WR Berkely Corp debenture | A | Interest | J | T | Buy | 04/19/19 | J | | |
| 102. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frank, Eric L. | 08/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | | | | | |
| 104. Ameriprise - Account #2 (2133) | | | | | | | | | |
| 105. ----- Pa ST Tpk Commn Tpk RFDG - bond | A | Interest | | | Redeemed | 06/03/19 | J | A | |
| 106. ------ Hancock Whitney Corp | A | Dividend | J | T | Buy | 06/03/19 | J | | |
| 107. ----- Brunswick Corp. | A | Dividend | J | T | Buy | 11/12/19 | J | | |
| 108. | | | | | | | | | |
| 109. Seneca Valley, PA - municipal bond | A | Interest | J | T | | | | | |
| 110. | | | | | | | | | |
| 111. T. Rowe Price International mutual fund | C | Dividend | M | T | | | | | |
| 112. | | | | | | | | | |
| 113. Schwab | | | | | | | | | |
| 114. ------ Schwab Bank | B | Interest | M | T | | | | | |
| 115. ------ AFLAC, Inc. - common stock | A | Dividend | J | T | Buy | 04/10/19 | J | | |
| 116. ----- Alphabet, Inc. | A | Dividend | J | T | | | | | |
| 117. ----- Apple - common stock | A | Dividend | J | T | | | | | |
| 118. ----- Auto Data Processing | A | Dividend | K | T | | | | | |
| 119. ------ Boeing Co. - common stock | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Frank, Eric L.** | 08/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.  ------ Colgate-Palmolive Co. - common stock | A | Dividend | J | T | | | | | |
| 121.  ----- Diageo PLC - common stock | A | Dividend | J | T | | | | | |
| 122.  ----- Disney, Walt - common stock | A | Dividend | J | T | | | | | |
| 123.  ------ Exxon Mobil Corp. - common stock | A | Dividend | | | Sold | 09/11/19 | K | A | |
| 124.  ------ Fed Ex Corp. - common stock | A | Dividend | J | T | | | | | |
| 125.  ------ Home Depot, Inc. - common stock | A | Dividend | K | T | | | | | |
| 126.  ----- Honeywell Int'l - common stock | A | Dividend | J | T | | | | | |
| 127.  ------ Johnson & Johnson - common stock | A | Dividend | K | T | | | | | |
| 128.  ------ JP Morgan Chase - common stock | A | Dividend | K | T | Buy | 07/11/19 | K | | |
| 129.  ----- McCormick & Co. - common stock | A | Dividend | K | T | | | | | |
| 130.  ----- McDonald's Corp. - common stock | A | Dividend | K | T | | | | | |
| 131.  ----- Medtronic PLC - common stock | A | Dividend | J | T | | | | | |
| 132.  ----- Microsoft Corp. - common stock | A | Dividend | K | T | | | | | |
| 133.  -----Nordson Corp. - common stock | A | Dividend | K | T | | | | | |
| 134.  ------ Pepsico, Inc. - common stock | A | Dividend | J | T | | | | | |
| 135.  ----- Schlumberger Ltd - common stock | A | Dividend | | | Sold | 08/02/19 | J | A | |
| 136.  ------South Jersey Inds., Inc. - common stock | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Frank, Eric L.** | 08/09/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br><br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br><br>(2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | <br><br>(2)<br>Date<br>mm/dd/yy | <br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. ----- Starbucks Corp. - common stock | A | Dividend | | | Sold | 08/19/19 | K | A | ----- |
| 138. ----- Stryker Corp. - common stock | A | Dividend | K | T | | | | | |
| 139. ----- Texas Instruments - common stock | A | Dividend | J | T | | | | | |
| 140. ----- Verizon Communications - common stock | B | Dividend | J | T | | | | | |
| 141. ----- VF Corp. - common stock | A | Dividend | J | T | | | | | |
| 142. ----- 3M Co. - common stock | A | Dividend | J | T | Buy | 05/09/19 | J | | |
| 143. | | | | | | | | | |
| 144. TIAA-CREF (3C-9) | | | | | | | | | |
| 145. ----- TIAA traditional annuity | A | Int./Div. | J | T | | | | | |
| 146. ----- CREF bond market | A | Int./Div. | J | T | | | | | |
| 147. | | | | | | | | | |
| 148. TIAA-CREF (273) | | | | | | | | | |
| 149. ----- UMB Bank | A | Int./Div. | J | T | | | | | |
| 150. ----- TIAA-CREF Lifestyle Growth Fd | A | Int./Div. | J | T | | | | | |
| 151. ----- TIAA-CREF Managed Allocation Fd | A | Int./Div. | J | T | | | | | |
| 152. | | | | | | | | | |
| 153. T. Rowe Price - brokerage account - aggregate disclosure | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frank, Eric L. | 08/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. ------ T. Rowe Price European St - mut. fund | A | Int./Div. | J | T | | | | | |
| 155. ------ T. Rowe Price Small Cap - mut. fund | D | Int./Div. | M | T | | | | | |
| 156. | | | | | | | | | |
| 157. US Treasury securities | A | Interest | J | T | | | | | |
| 158. | | | | | | | | | |
| 159. Van Eck Global Fund | A | Dividend | J | T | | | | | |
| 160. | | | | | | | | | |
| 161. Venerable | | | | | | | | | |
| 162. ----- VY Franklin Income | A | Int./Div. | J | T | | | | | |
| 163. ----- Voya Large Cap (formerly Franklin Mutual) | A | Int./Div. | J | T | | | | | |
| 164. ----- VY Templeton Global | A | Int./Div. | J | T | | | | | |
| 165. | | | | | | | | | |
| 166. Vanguard Money Market Funds | | | | | | | | | |
| 167. ----- Federal Money Market | A | Interest | J | T | | | | | |
| 168. ----- Prime Money Market | A | Interest | J | T | | | | | |
| 169. | | | | | | | | | |
| 170. Wells Fargo - sav; checking; CD and Roth IRA | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frank, Eric L. | 08/09/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | | | | | |
| 172. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frank, Eric L. | 08/09/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Part VII, Line 3:  Last year reported as Beneficial Bank, which merged into WSFS Bank.

2. In the Amended Annual Report for 2018, I reported two (2) accounts held with Merrill Lynch, in Part VII, beginning at lines 24 and 35.  Those accounts were owned by my two non-dependent adult ▮▮▮▮▮▮ in 2019 (and, in fact, prior to 2019). They need not be disclosed and I am now omitting them from my financial disclosures. The accounts included in this annual report are owned by me and/or my spouse.

3. In the Amended Annual Report for 2018, I reported several  accounts held with Oppenheimer, in Part VII, beginning at lines 84. 88 112, 115 and 119..  Those accounts were owned by my two non-dependent adult ▮▮▮▮▮▮ in 2019 (and, in fact, prior to 2019).  They need not be disclosed and I am now omitting them from my financial disclosures. The accounts included in this annual report are owned by me and/or my spouse.

4. In the Amended Annual Report for 2018, I reported two (2) accounts held with Ameriprise, in Part VII, beginning at lines 84. 88 112, 115and 119..  Those accounts were owned by my two non-dependent adult ▮▮▮▮▮▮ in 2019 (and, in fact, prior to 2019).  They need not be disclosed and I am now omitting them from my financial disclosures. The accounts included in this annual report are owned by me and/or my spouse.

5. The Ameriprise account reported in the Amended Annual Report for 2018 at line 145 as account # 4 (9785) is re-designated as account #2 (2133) in this Report.  The 9785 designation in the last report was a clerical error.

6. The Schwab account underwent the following change in November 20, 2019.  Prior to that date, the holdings in the account were the assets of a trust in which my ▮▮▮▮▮▮▮▮ was the income beneficiary and my ▮▮▮▮▮ was a one-third remainder beneficiary.  In prior annual reports, I reported the total value of the assets and income generated by the trust.  In November 2019, the assets of the trust were distributed to the three remainder beneficiaries and my ▮▮▮▮▮ received her one-third share.    In this annual report, I have reported all transactions that occurred prior to the transfer and the identity and the values of the assets received by my ▮▮▮▮▮.

7. Venerable (line 161) is the new name of the investment previously reported as Voya.

.

| Name of Person Reporting | Date of Report |
|---|---|
| Frank, Eric L. | 08/09/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Eric L. Frank**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544